UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

T.S., individually and on behalf of all others similarly situated,

*Plaintiff*,

*v.*

BODY CONTOUR CENTERS, LLC d/b/a SONO BELLO, a Delaware limited liability company,

*Defendant*.

Case No. 2:24-cv-01944-LK

**PLAINTIFF'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**



CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396

**PLAINTIFF'S THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Local Civil Rule 7(n), Plaintiff T.S. ("Plaintiff") respectfully submits this Notice of Supplemental Authority regarding Defendant Body Contour Centers, LLC d/b/a Sono Bello's Motion to Dismiss. *See* ECF Nos. 17–19. Plaintiff brings to this Court's attention a recent decision by the Honorable Jeffrey I. Cummings in *McClain v. Capital Vision Servs., LLC*, Case No. 1:25-cv-07675 (N.D. Ill. Mar. 13, 2026) (ECF No. 32). A copy of the written order is attached hereto as **Exhibit 1**.

The facts in the current matter closely mirror those of *McClain*, which also involved the disclosure of personal health information made on a public-facing website. Based on these facts, the Court denied the defendant's Rule 12(b)(6) motion to dismiss the plaintiff's claims for violations of the Electronic Communications Privacy Act ("ECPA").

Dated: March 18, 2026

Respectfully Submitted,

**T.S.**, individually and on behalf of all others similarly situated,

By: /s/ *Wright A. Noel*
Wright A. Noel

Wright A. Noel
wright@carsonnoel.com
CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, WA 98027
Tel: 425.837.4717
Fax: 425.837.5396

Sarah N. Westcot*
swestcot@bursor.com
Stephen A. Beck*
sbeck@bursor.com
BURSOR & FISHER, P.A.
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel: 305.330.5512
Fax: 305.679.9006

**Pro hac vice* admission to be sought

*Attorneys for Plaintiff*



CARSON NOEL PLLC
20 Sixth Avenue NE
Issaquah, Washington 98027
Tel: (425) 837-4717 • Fax: (425) 837-5396